and then died, a mere suggestion on the record without amendment or supplemental pleading would permit the action to proceed in the name of the survivors; and, on the other hand, where they alone sue and the death of one who ought to have been joined obviates the defect of non-joinder, we see no reason why it may not be proved and defeat the plea which has become useless and without merit.   No other question in the case requires consideration.

" The judgment should be affirmed."

*Thomas Darlington* for appellant.

FINCH, J., reads *mem.* for affirmance of judgment, with costs.
All concur.
Judgment affirmed.

---

THEODORE D. YORKS et al., Respondent, *v.* J. FRANKLIN PECK. et al., Appellants.

(Argued October 6, 1887  decided October 25, 1887.)

*John L. Hill* for appellants.

*James Wood* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

WILLIAM H. WARING, Respondent, *v.* MOSES CHAMBERLAIN, Appellant.

(Argued October 6, 1887. decided October 25, 1887.)

*Nelson Smith* for appellant.

*Charles E. Rushmore* for respondent.

Agree to affirm; no opinion.
All concur except RAPALLO and PECKHAM, JJ., not voting
Judgment affirmed.